1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff Lary Feezor

6

7  CATHY ARIAS, SBN 141989
   BURNHAM BROWN
   1901 HARRISON STREET, 11TH FLOOR
8  OAKLAND, CALIFORNIA 94612
   Telephone:(510) 444-6800
9  Facsimile: (510) 835-6666

10 Attorney for Defendant Kram Endeavors, Inc..

11

12 PETER MODLIN, SBN 151453
   GIBSON DUNN & CRUTCHER, LLP
   ONE MONTGOMERY STREET, 31ST STREET, SUITE 3100
13 SAN FRANCISCO, CALIFORNIA 94104
   Telephone: (415) 393-8200
14 Facsimile: (415) 986-5309

15 Attorney for Defendant McDonald's Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. CIV. S-08-0431-MCE-EFB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| KRAM ENDEAVORS, INC. dba LINCOLN McDONALD'S #13923; McDONALD'S CORPORATION, | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, TONY MARTINEZ, and defendants, KRAM ENDEAVORS, INC. dba LINCOLN McDONALD'S #13923; McDONALD'S CORPORATION , and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: April 28, 2009  DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: April 27, 2009  BURNHAM BROWN

*/s/ Cathy Arias*
CATHY ARIAS
Attorney for Defendant Kram Endeavors, Inc.

Dated: April 28, 2009  GIBSON DUNN & CRUTCHER, LLP

*/s/ Peter Modlin*
PETER MODLIN
Attorney for Defendant McDonald's Corporation

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-0431-MCE-EFB, is hereby dismissed with prejudice.

Dated: May 1, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE